| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS** |
| Case number (if known): _____  Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201
**Voluntary Petition for Non-Individuals Filing for Bankruptcy**    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**   Antonio Munoz Aserradero, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**   3 7 – 1 9 6 7 8 2 2

4. **Debtor's address**

   **Principal place of business**
   3023 FM 347 N
   Number    Street

   Rusk    TX    75758
   City    State    ZIP Code

   Cherokee
   County

   **Mailing address, if different from principal place of business**
   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number    Street

   City    State    ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

---

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor **Antonio Munoz Aserradero, LLC** _____ Case number (if known) _____

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

**3 2 1 1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply:*
  - ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor **Antonio Munoz Aserradero, LLC**_____  Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes.  District _____  When _____  Case number _____
                                             MM / DD / YYYY
           District _____  When _____  Case number _____
                                             MM / DD / YYYY
           District _____  When _____  Case number _____
                                             MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases.  If more than 1, attach a separate list.

    ☑ No
    ☐ Yes.  Debtor _____  Relationship _____
            District _____  When _____
                                              MM / DD / YYYY
            Case number, if known _____

            Debtor _____  Relationship _____
            District _____  When _____
                                              MM / DD / YYYY
            Case number, if known _____

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor  **Antonio Munoz Aserradero, LLC**  _____   Case number (if known) _____

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No  ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?**  *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number    Street

_____

_____   _____   _____
City                                   State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

## Statistical and adminstrative information

| 13. | Debtor's estimation of available funds | *Check one:*  ☑ Funds will be available for distribution to unsecured creditors.  ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. Estimated number of creditors | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
|  | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
|  | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
|  | ☐ 200-999 | | |

| 15. Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
|  | ☑ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
|  | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
|  | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
|  | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
|  | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
|  | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor **Antonio Munoz Aserradero, LLC**          Case number (if known) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/07/2025**
MM / DD / YYYY

X **/s/ Antonio Munoz**
Signature of authorized representative of debtor

**Antonio Munoz**
Printed name

**President**
Title

**18. Signature of attorney**

X **/s/ Michael E Gazette**                              Date **08/07/2025**
Signature of attorney for debtor                                      MM / DD / YYYY

**Michael E Gazette**
Printed name

**Law Offices of Michael E Gazette**
Firm name

**100 E Ferguson Street Suite 1000**
Number       Street

**Tyler**                                                **TX**           **75702**
City                                                     State           ZIP Code

**(903) 596-9911**                                       **megazette@suddenlinkmail.com**
Contact phone                                            Email address

**077845000**                                            **TX**
Bar number                                               State

Austin Bank
1700 South Jackson Street
Jacksonville, TX 75766

Ellis Timber Company
537 CR 771
Nacogdoches, Texas 75964

OSHA
200 Constitution Avenue, N.W.
Washington, DC 20210

Austin Bank
1700 South Jackson Street
Jacksonvilee TX 75766

Ferrellgas
2905 E. Denman Ave
Lufkin, Texas 75901

Pesina Law Firm, PLLC
100 E Ferguson Street Suite 120
Tyler, Texas 75702

Austin Wilson
20831 US Hwy 69
Tyler, Texas 75703

Hot Shot
2501 Weir Street
Dallas, Texas 75212

Rollin Dyess
10720 US Hwy 84 W
Rusk, Texas 75785

Bill Henderson
5571 ACR 312
Frankston, Texas 75763

Internal Revenue Service
P O Box 7346
Philadelphia PA 19101-7346

Rusty's Weigh Scales & Services
3505 Westway Street
Tyler, Texas 75703

Bobo Timber
P.O. Box 115
Douglass, Texas 75943

J & M Lumber
1363 CR 3210
Jacksonville, Texas 75766

Samantha Pitcock
604 Bryan Street
Jacksonville, Texas 75766

Cherokee Central Appraisal Dist
P O Box 494
Rusk, Texas 75785

James and Eleanor Wilson
277 CR 3320A
Jacksonville, Texas 75766

Sapphire Lumber Company
548 Tammany Lane
Hamilton, Montana 59840

Cherokee County Tax Assessor-Co
135 South Main Courthouse
Rusk, Texas 75785

Jerry Thomas
c/o C.J. Baker
2800 North Loop West, Suite 900
Houston, Texas 77092

Southern Carlson
13154 State Hwy 155 Suite B
Tyler, Texas 75703

Collins Land & Timber, LLC
11755 US 259
Nacogdoches, Texas 75964

Jerry Thomas
c/o Patrick Yarborough
917 Franklin Street, Suite 200
Houston, Texas 77002

Stephen Marable
12570 Honeysuckle Circle
Eustace, Texas 75124

Concentric Saw & Tool
8815 Gauge Drive
College Station, Texas 77845

Mazo Capital, LLC
300 Spectrum Center Drive #1070
Irvine, CA 92618

Sturrock Logging
P.O. Box 950
Alto, Texas 75925

Elliott Electric Supply
2202 E. Rusk Street
Jacksonville, Texas 75766

Noteware Law Firm, P.C.
100 E Ferguson Street Suite 120
Tyler, Texas 75702

Texas Commission Environmental
P.O. Box 13087
Austin, Texas 78711-3087

Case 25-60480    Doc 1    Filed 08/07/25    Entered 08/07/25 12:14:47    Desc Main
Debtor(s):  Antonio Munoz Aserradero, LLC    Case No.
Document    Page 7 of 7
Chapter: 11
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

United States Attorney's Office
Eastern District of Texas
110 N. College Ave, Ste 700
Tyler, Texas 75702-0204


United States Trustee
Office of the U.S. Trustee
110 N. College Ave, Suite 300
Tyler, Texas 75702-7231


Woodville Hardwoods
4937 US Hwy 69 S
Woodville, Texas 75979