# Antonio Munoz Aserradero LLC

## Balance Sheet
### As of June 30, 2025

|  | TOTAL |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| Aserradero #501004697 | -246,765.86 |
| Austin Bank | 0.00 |
| **Total Bank Accounts** | **$ -246,765.86** |
| Accounts Receivable | |
| Accounts Receivable | 0.00 |
| **Total Accounts Receivable** | **$0.00** |
| Other Current Assets | |
| Loan Receivable - T Langston | 0.00 |
| Payroll Refunds | 0.01 |
| Transfer Funds | 0.00 |
| Undeposited Funds | 96,018.05 |
| **Total Other Current Assets** | **$96,018.06** |
| **Total Current Assets** | **$ -150,747.80** |
| Fixed Assets | |
| 100X60 BUILDING | 7,466.59 |
| Accumulated Depreciation | -1,275,405.00 |
| Building Improvements | 120,733.12 |
| BUILDING MATERIALS | 15,513.49 |
| concrete | 0.00 |
| **Total BUILDING MATERIALS** | **15,513.49** |
| Buildings | 160,411.17 |
| Farm Accumulated Depr | -24,358.00 |
| Farm Assets (Cows etc.) | 25,870.00 |
| Furniture and Equipment | 1,000.00 |
| Land | 123,551.17 |
| Machinery and equip | 1,313,468.43 |
| Vehicles | 112,550.00 |
| **Total Fixed Assets** | **$580,800.97** |
| **TOTAL ASSETS** | **$430,053.17** |

# Antonio Munoz Aserradero LLC

## Balance Sheet

### As of June 30, 2025

| | TOTAL |
|---|---:|
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable | 0.00 |
| **Total Accounts Payable** | **$0.00** |
| Other Current Liabilities | |
| A. Munoz Enterprice,llc | 30,000.00 |
| loan | -29,538.20 |
| N/P | -3,900.00 |
| N/P Austin Wilson | 93,550.00 |
| N/P INTERIORS UNLIMITED LOAN | 134,092.00 |
| N/P James & Eleanor Wilson | 76,550.00 |
| N/P Pasteleria Claritas | 9,325.00 |
| Payroll Liabilities | -1,906.86 |
| Federal Taxes (941/943/944) | 2,247.20 |
| Federal Unemployment (940) | 100.44 |
| TX Unemployment Tax | -30.74 |
| **Total Payroll Liabilities** | **410.04** |
| **Total Other Current Liabilities** | **$310,488.84** |
| **Total Current Liabilities** | **$310,488.84** |
| Long-Term Liabilities | |
| N/P - A Munoz Enterprises LLC | 176,683.24 |
| N/P - Baker Saw | 34,500.00 |
| N/P - Mazo Capital | 15,026.92 |
| N/P Bank - Austin Bank | 150,631.01 |
| N/P Dodge Truck | 34,440.00 |
| N/P Lucky Dyess | 0.00 |
| **Total Long-Term Liabilities** | **$411,281.17** |
| **Total Liabilities** | **$721,770.01** |
| Equity | |
| Members Draw | 132,779.62 |
| HOUSE PAIDMENT | -20,100.00 |
| PERSONAL EXPENSESS | -154,664.14 |
| **Total Members Draw** | **-41,984.52** |
| Members Equity | -795,706.09 |
| Opening Balance Equity | 527,776.44 |
| Net Income | 18,197.33 |
| **Total Equity** | **$ -291,716.84** |
| **TOTAL LIABILITIES AND EQUITY** | **$430,053.17** |