IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 25-60480 |
| ANTONIO MUNOZ ASERRADERO, LLC | § § | CHAPTER 11 |
| DEBTOR | § § § | |
| 3023 FM 347 N<br>Rusk, Texas 75758<br>EIN: xx-xxx7822 | § § § | |

### DEBTOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY
### TO ALLOW CONTINUATION OF APPELLATE PROCEEDING

**Your rights may be affected by the relief sought in this pleading. You should read this pleading carefully and discuss it with your attorney, if have one in this bankruptcy case. If you oppose the relief sought by this pleading, you _must_ file a written response in opposition to the pleading, explaining the factual and/or legal basis for opposing the relief sought.**

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS MOTION _WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE_ UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH RESPONSE. IF NO RESPONSE IN OPPOSITION TO THE MOTION IS TIMELY FILED AND SERVED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF A RESPONSE IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR RESPONSE TO THE MOTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

Antonio Munoz Aserradero, LLC, 'Debtor" herein, presents this Debtor's Motion for Relief from the Automatic Stay to Allow Continuation of Appellate Proceeding and would show to the Court as follows:

1. This Motion is brought pursuant to 11 U.S.C. §362(d)(1). This is a core proceeding of which the Court has jurisdiction pursuant to 28 U.S.C. §157(b)(1) and (2)(G).

2. On October 23, 2024, Jerry Thomas ("Thomas") recovered a judgment against Debtor in the amount of $1,800,000.00 plus pre-judgment interest in the District Court of Cherokee County, Texas in Cause No. 2022-05108. Debtor perfected its appeal of said judgment, and said appeal is currently pending in Case No. 12-25-00047-CV, styled *Antonio Munoz Aserradero, LLC and Antonio Munoz, Individually, Appellants v. Jerry Thomas, Appellee,* in the Court of Appeals for the Twelfth Judicial District in Tyler, Texas. All briefing was completed by the time of the filing of this bankruptcy case, and the matter is ready for consideration by the Court of Appeals. Prior to the filing of this bankruptcy case, the Court of Appeals had notified the parties to the appeal that it would not require oral argument.

3. The claim of Thomas is contested and disputed by Debtor, and a decision by the Court of Appeals will be necessary in order to determine whether Debtor will object to the claim of Thomas in this bankruptcy case and how the claim will be treated in any plan of reorganization. Cause exists for the Court to modify the automatic stay in this case only to allow the Court of Appeals to decide the appeal brought by Debtor of the judgment described above so that Debtor may determine how the claim of Thomas will be treated in any plan of reorganization presented by Debtor.

WHEREFORE, upon final hearing of this Motion, Antonio Munoz Aserradero, LLC, Debtor herein, requests that the Court enter its Order modifying the automatic stay only to allow the Twelfth Court of Appeals to decide the appeal brought by Debtor in Case No. 12-25-00047-CV.

Respectfully submitted,

LAW OFFICES OF MICHAEL E. GAZETTE


By: /s/ Michael E. Gazette
    Michael E. Gazette
    State Bar No. 07784500

100 East Ferguson Street, Suite 1000
Tyler, Texas 75702-5706
(903) 596-9911 Telephone
(903) 596-9922 Telecopier
Email: megazette@suddenlinkmail.com

ATTORNEY FOR DEBTOR


## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Debtor's Motion for Relief from Stay to Allow Continuation of Appellate Proceeding has been sent to the United States Trustee, 110 N. College, Suite 300, Tyler, Texas 75702, and all parties on the attached mailing matrix via electronic means or First Class U. S. Postal Service on the 19th day of August, 2025.


    /s/ Michael E. Gazette
    Michael E. Gazette