IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 25-60480 |
| ANTONIO MUNOZ ASERRADERO, LLC | § § | |
| DEBTOR | § § | CHAPTER 11 |
| 3023 FM 347 N<br>Rusk, Texas 75758<br>EIN: xx-xxx7822 | § § § § | |

**ORDER FOR RELIEF FROM STAY**
**TO ALLOW CONTINUATION OF APPELLATE PROCEEDING**

On this day, the Court considered Debtor's Motion for Relief from Stay to Allow Continuation of Appellate Proceeding. No objections to said Motion having been filed, the Motion is not opposed, and the entry of the following order is appropriate.

It is, therefore, ORDERED that the automatic stay in this bankruptcy case is hereby modified only to allow the consideration and determination by the Twelfth Court of Appeals by entry of its judgment of the appeal brought by Antonio Munoz Aserradero, LLC in Case No. 12-25-00047-CV, styled *Antonio Munoz Aserradero, LLC and Antonio Munoz, Individually, Appellants v. Jerry Thomas, Appellee.*

Signed on 9/8/2025

_____
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE