# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Bankruptcy Case No.: 25−60480
Chapter: 11
Judge: Joshua P. Searcy

In Re:

Antonio Munoz Aserradero, LLC

## NOTICE OF COURT PROCEEDING

PLEASE TAKE NOTICE that a hearing will be held at

Plaza Tower, 110 N. College Avenue, Ninth Floor, Tyler, TX 75702

on Thursday, October 9, 2025 at 02:00 PM

to consider and act upon the following:

Final Hearing Set (RE: related document(s)27 Motion for Authority to Use Cash Collateral of Austin Bank, Texas, N.A. Filed by Debtor Antonio Munoz Aserradero, LLC). Hearing scheduled for 10/9/2025 at 02:00 PM at Plaza Tower Courtroom. (jd)

Dated: September 17, 2025

Jason K. McDonald
Clerk, U.S. Bankruptcy Court