EOD
08/19/2026

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 25-60480 |
| ANTONIO MUNOZ ASERRADERO, LLC | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |
| | § | |
| 3023 FM 347 N | § | |
| Rusk, Texas 75758 | § | |
| EIN: xx-xxx7822 | § | |

**ORDER FOR CONTINUANCE OF CONFIRMATION HEARING**

On this day, the Court considered the Motion for Continuance of Confirmation Hearing filed herein by Antonio Munoz Aserradero, LLC. It appears to the Court that the Motion is meritorious and should be granted.

It is, therefore, ORDERED that the confirmation hearing in the above-entitled and numbered cause is continued from August 25, 2026 to Thursday, October 1, 2026 at 2:00 p.m. in the Plaza Tower Courtroom in Tyler for an in-person hearing.

Signed on 08/19/2026

THE HONORABLE BILL PARKER
UNITED STATES BANKRUPTCY JUDGE
Acting By Designation in the Absence of
Joshua P. Searcy, United States Bankruptcy Judge