EOD
09/01/2026

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **ANTONIO MUNOZ, JR.** | § | Case No. 25-60479 |
| xxx-xx-7020 | § | |
| 9660 US Hwy 79, Jacksonville, TX 75766 | § | |
| | § | |
| and | § | |
| | § | |
| | § | |
| **ANTONIO MUNOZ** | § | |
| **ASERRADERO, L.L.C.** | § | Case No. 25-60480 |
| xx-xxx7822 | § | |
| 3023 FM 347 N., Rusk, TX 75758 | § | |
| | § | |
| | § | **JOINTLY ADMINISTERED** |
| | § | under 25-60480 |
| | § | |
| Debtors | § | Chapter 11 - **Subch. V** |

**ORDER APPROVING COMPROMISE**
**AND SETTLEMENT OF CONTROVERSY**

ON THIS DATE the Court considered the "Motion to Approve Compromise and Settlement" (the "Motion") that was filed on August 6, 2026 by Antonio Munoz Aserradero, LLC and Antonio Munoz, the respective Debtors and Debtors-in-Possession (the "Debtors") in the above-referenced jointly-administered case pursuant to Fed. R. Bankr. P. 9019. The Motion seeks the approval of the execution and consummation of a mediated settlement agreement that settles the claims of Jerry Thomas against the respective bankruptcy estates. The Court finds that the Motion was properly served

pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate twenty-one (21)-day negative notice language, pursuant to LBR 9007, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within twenty-one days or the Motion would be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Motion has been timely filed by any party. Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed, including the allegations that the proposed compromise has been entered into by the parties in good faith as a result of arms-length negotiations between all parties involved, and that the proposed agreement represents an exercise of reasonable business judgment on the part of the Trustee which is in the best interests of the bankruptcy estate including the allegations that the proposed compromise has been entered into by the parties in good faith as a result of arms-length negotiations between all parties involved; that the proposed settlement represents an exercise of reasonable business judgment on the part of the respective Debtors which is fair, equitable, and that approval is in the best interests of each respective bankruptcy estate. Therefore, the Court finds that just cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the Motion to Approve Compromise and Settlement filed on August 6, 2026 by Antonio Munoz Aserradero, LLC and Antonio Munoz, the respective Debtors and Debtors-in-Possession in the above-referenced jointly-administered case is hereby **GRANTED** and the respective Debtors' execution and consummation of the "Mediated Settlement Agreement," attached as Exhibit A to the Motion, is hereby **APPROVED**.

Signed on 09/01/2026

THE HONORABLE BILL PARKER
UNITED STATES BANKRUPTCY JUDGE
Acting By Designation in the Absence of
Joshua P. Searcy, United States Bankruptcy Judge