IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 25-60480 |
| ANTONIO MUNOZ ASERRADERO, LLC | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |
| | § | |
| 3023 FM 347 N | § | |
| Rusk, Texas 75758 | § | |
| EIN: xx-xxx7822 | § | |

**MOTION FOR CONTINUANCE OF ALL HEARINGS SET FOR**
**<u>OCTOBER 1, 2026 FILED BY ANTONIO MUNOZ ASERRADERO, LLC,</u>**

Antonio Munoz Aserradero, LLC, Debtor, presents this Motion for Continuance of All Hearings set for October 1, 2026 and would show to the Court as follows:

1. On February 16, 2026, a Joint Plan of Reorganization Proposed by Antonio Munoz Aserradero, LLC and Antonio Munoz, Jr. was filed. On August 6, 2026 an Amended Joint Plan of Reorganization Proposed by Antonio Munoz Aserradero, LLC and Antonio Munoz, Jr. was filed. The hearing on the confirmation of the joint plan was set for August 25, 2026. Subsequently, the hearings on all motions in connection with confirmation of the joint plan were continued to October 1, 2026.

2. Debtor's counsel requests that the Court continue the hearings set for October 1, 2026. Counsel receives chemotherapy treatments every 14 days. One chemotherapy drug is received by infusion, while a second, stronger drug is administered via a pump over a period of 48 hours, after which the pump is disconnected. As a result of the chemotherapy treatments, counsel is experiencing persistent fatigue as well as bouts of nausea. The effects of these conditions have made it extremely difficult for counsel to focus his attention on the preparation for the hearings.

3. On September 29, 2026, counsel contacted other counsel in this case requesting their consent to the continuance of the hearings set for October 1, 2026 for the reasons set forth above to a time in November, 2026. All counsel agreed to the relief proposed, with the exception of Sahrish Soleja, an attorney with the Office of the Attorney General of Texas, who objected to the length of time suggested for the continuance and who suggested that the hearing on October 1, 2026 be converted to a virtual status hearing. Debtor does not oppose having a virtual status hearing on October 1.

4. Counsel informed other counsel on September 29, 2026 of his intent to seek the assistance of other counsel as special counsel for the purpose of helping with the conduct of upcoming hearings. Counsel has additional chemotherapy treatments scheduled for October 7, October 21, and November 4. Counsel does not know at this time whether he will experience the same effects from those as those described above. However, counsel suggests that it is reasonable to continue the hearings to November 12, 2026 given the time required to retain special counsel.

Wherefore, Antonio Munoz Aserradero, LLC request that the Court enter its order continuing all hearings scheduled for October 1, 2026 in this matter to November 12, 2026.

Respectfully submitted,

LAW OFFICES OF MICHAEL E. GAZETTE

By: */s/ Michael E. Gazette*
Michael E. Gazette
State Bar No. 07784500

100 East Ferguson Street, Suite 1000
Tyler, Texas 75702-5706
Telephone: (903) 596-9911
Facsimile: (903) 596-9922
Email: megazette@suddenlinkmail.com

Attorney for Antonio Munoz Aserradero, LLC

**CERTIFICATE OF CONFERENCE**

I certify that on September 29, 2026, I communicated to all counsel of record my request for a continuance of all hearings set for October 1, 2026, and the reasons therefor. All counsel agreed not to oppose the relief requested, with the exception of Sahrish Soleja. A discussion of those issues is set forth above in paragraphs 3 and 4 above.

/s/ Michael E. Gazette
Michael E. Gazette

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing Motion for Continuance of Confirmation Hearing filed by Antonio Munoz Aserradero, LLC, has been served by electronic service or U.S. Mail, postage prepaid, on September 30, 2026, to all parties on the attached matrix.

/s/ Michael E. Gazette
Michael E. Gazette